UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOSE ALVARES GOMEZ,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-896-G |
| ) | |
| **B.O.P. FEDERAL et al.,** ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On August 11, 2025, Petitioner Jose Alvares Gomez, a federal prisoner appearing pro se, filed a petition seeking federal habeas corpus relief under 28 U.S.C. § 2241. *See* Pet. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for initial proceedings.

On August 21, 2025, Judge Erwin issued a Report and Recommendation (Doc. No. 4), in which he recommended that this action be transferred to the U.S. District Court for the Western District of Louisiana. Judge Erwin explained that Petitioner is incarcerated at FCI Pollock in Pollock, Louisiana, and the Petition "must be filed in the district where the prisoner is confined." *Haugh v. Booker*, 210 F.3d 1147, 1149 (10th Cir. 2000) (internal quotation marks omitted); *see also* 28 U.S.C. § 98(c). Judge Erwin further determined that transfer was in the interest of justice. *See* R. & R. at 1-2.

In the Report and Recommendation, Judge Erwin advised Petitioner of his right to object to the Report and Recommendation by September 8, 2025. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate

review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Petitioner has not submitted an objection to the Report and Recommendation or sought leave for additional time to do so.[1]

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 4) is ADOPTED in its entirety. The Clerk of Court is DIRECTED to transfer this action to the United States District Court for the Western District of Louisiana.

IT IS SO ORDERED this 19th day of November, 2025.

_____
CHARLES B. GOODWIN
United States District Judge

---

[1] The Report and Recommendation was mailed to Petitioner at the address on file with the Court and returned as undeliverable. *See* Doc. No. 6.